
FILED
APR 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:07-CR-00115 LJO |
| Plaintiff, ) | |
| ) | ORDER OF RELEASE TO |
| vs. ) | TURNING POINT |
| ) | |
| NATASHA DENYELL BELT, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on a violation petition on April 17, 2009.

IT IS HEREBY ORDERED that the defendant shall reside and participate in Residential Re-entry Center, TURNING POINT, for a period of 90 days; said placement shall commence on April 17, 2009, pursuant to 18 U.S.C. section 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prison.

DATED: 4-17-09

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1